People of State of Illinois: Phillip Kolin et al., Plaintiffs-Appellants, v. John Leitch et al., Defendants-Appellees, and Home for Destitute Crippled Children et al., Defendants.

Gen. No. 45,916.

John Gutknecht, State's Attorney of Cook county, for certain appellants; Gordon B. Nash, Melvin F. Wingersky, and Albert Zemel, Assistant State's Attorneys, of counsel; Goldberg, Devoe, Brussell & Shadur, for certain other appellants; Abraham W. Brussell, Milton I. Shadur, and Abner J. Mikva, of counsel; Hennessy, Lennon & King, and Will A. Kelly, for appellees. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed October 7, 1953; released for publication December 14, 1953.